IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | CA No. 6:05-715-HMH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JPS Automotive, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This action was commenced on March 7, 2005, by the filing of a complaint. On May 17, 2005, JPS Automotive, Inc. ("Debtor"), filed a voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101-1330, in the United States Bankruptcy Court in the Eastern District of Michigan (the "Bankruptcy Court").[1]  As such, this action is stayed by the automatic stay provision of 11 U.S.C. § 362.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 3, 2005

---

[1] The Debtor's Chapter 11 case bears number 05-55935 but is being jointly administered by the Bankruptcy Court under case number 05-55927.